# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 27, 2025

Lyle W. Cayce
Clerk

―――――――――

No. 24-10501

―――――――――

GCorp International, Incorporated,

*Plaintiff—Appellant*,

*versus*

AmDocs, Incorporated; Telecom Technology Services, Incorporated; Viveka Nanddhar Dwivedi,

*Defendants—Appellees*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-397

―――――――――――――――――――――

Before Smith, Clement, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Appellant GCorp International, a staffing agency for telecommunications companies, sued Appellees in Texas state court for allegedly hiring GCorp employees in violation of the agency's Employee Services Agreement ("ESA"). After the case was removed to federal court, the parties cross-moved for summary judgment. The district court granted

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10501

Appellees' motion, ruling that GCorp's claims failed because the ESA's restrictive covenants were unenforceable under Texas law. GCorp appealed.

Having studied the parties' briefs, the record, and the applicable law, and having heard oral argument, we affirm the judgment substantially for the reasons given by the district court.

AFFIRMED. *See* 5TH CIR. R. 47.6.